**So Ordered.**



_Frederick P. Corbit_
Frederick P. Corbit
Bankruptcy Judge

**Dated: January 9th, 2014**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | DC Case No. CV-12-67-RMP |
| LLS AMERICA, LLC, | Case No. 09-06194-FPC11 |
| Debtor. | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80110-FPC11 |
| Plaintiff, | REPORT AND RECOMMENDATION RE: ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT TYLER FOERSTNER |
| vs. | |
| TYLER FOERSTNER, | |
| Defendants. | |

The Honorable Frederick P. Corbit, sitting in the United States Bankruptcy Court for the Eastern District of Washington, hereby files this Report and Recommendation regarding the plaintiff's Amended Motion for Partial Summary Judgment (ECF No. 71) filed with the bankruptcy court in this adversary proceeding.

This Report and Recommendation is made pursuant to the Honorable Rosanna Malouf Peterson's Order Withdrawing the Reference and Referring Back to

REPORT AND RECOMMENDATION RE: ORDER . . . ~ Page 1

Bankruptcy Court for Further Proceedings (ECF No. 12) entered on April 25, 2012 in District Court Case No. CV-12-67-RMP.

On July 26, 2013, the plaintiff filed and served an Amended Motion for Partial Summary Judgment (ECF No. 71) directed at fixing amounts the defendant invested in the debtor and the amounts the defendant received from the debtor. The defendant failed to respond to the motion.

A hearing was held on the plaintiff's Amended Motion for Partial Summary Judgment on August 9, 2013 and the defendant failed to appear. The court granted the plaintiff's motion and a copy of said order is attached to this Report and Recommendation.

## Recommendation

The District Court should grant the plaintiff's Amended Motion for Partial Summary Judgment as the defendant failed to file any response to the motion or appear at the scheduled hearing.

///END OF REPORT AND RECOMMENDATION///

So Ordered.

Dated: September 24th, 2013

Patricia C. Williams
Bankruptcy Judge

Thomas D. Cochran, WSBA No. 5910
Duane M. Swinton, WSBA No. 8354
Shelley N. Ripley, WSBA No. 28901
WITHERSPOON · KELLEY
422 W. Riverside, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265; Facsimile: (509) 458-2717

Attorneys to Bruce P. Kriegman, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC, *et al.*,[1]<br><br>    Debtor. | Bankruptcy No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC,<br><br>    Plaintiff,<br>v.<br><br>TYLER FOERSTNER,<br><br>    Defendant. | Adversary No. 11-80110-PCW11<br><br>ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT TYLER FOERSTNER RE: AMOUNTS PAID |

This matter came before the Court on August 9, 2013 for a status conference on Plaintiff's Motion for Summary Judgment as required by LBR 7056-1(c). The Defendant did not appear at the status conference and did not file any opposition to the Plaintiff's Motion for Partial Summary Judgment. The

---

[1] Please refer to the Substantive Consolidation Order (Docket No. 771) for a listing of the consolidated debtor-entities.

{S0756924; 1 }ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

S0749467

WK WITHERSPOON · KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

Defendant filed an answer in this case, but has taken no other action in this case. Having reviewed the documents and pleadings in support of the Motion for Partial Summary Judgment, there being no opposition to the Motion for Partial Summary Judgment, no appearance by the Defendant at the status conference, and being duly advised in the premises,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Partial Summary Judgment is granted.

// End of Order//

Presented by:

WITHERSPOON • KELLEY

 /s/ Daniel J. Gibbons
Daniel J. Gibbons, WSBA No. 33036
Attorneys for Plaintiff

{S0756924; 1 }ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

S0749467

**WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728